**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHARLES RICHARD BROWN, | Case No. 2:15-CV-00331-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT P. BETTINGER, | (Dkt. #3) |
| Defendant. | |

On May 19, 2015, Magistrate Judge Leen entered her Order and Report of Findings and Recommendation (Dkt. #3) recommending I dismiss this complaint because the plaintiff failed to sufficiently allege any claims supporting jurisdiction in this court. Plaintiff Charles Brown did not file an objection to that recommendation.

I conducted a *de novo* review of the issues set forth in the Report of Findings and Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen's Report sets forth the proper legal analysis and factual basis for the decision. Additionally, Judge Leen's Report was returned in the mail as undeliverable. (Dkt. #6.) Thus, it appears the plaintiff has not provided notice of a change of address as required by the Local Rules. *See* LSR 2-2.

IT IS THEREFORE ORDERED that the Order and Report of Findings and Recommendation (Dkt. #3) is accepted.

IT IS FURTHER ORDERED that this action is dismissed for lack of subject matter jurisdiction.

DATED this 8th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE